UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

RAUL AYALA,

                  Defendant.
----------------------------------------------------------x

**ORDER**

25-cr-116-1 (ER)

The sentencing hearing presently scheduled for January 21, 2026, is hereby **rescheduled**

**for January 22, 2026, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
       January 21, 2026

                            Edgardo Ramos, U.S.D.J.